UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60947-CIV-SMITH

TIMOTHY W. CARNAHAN,

    Plaintiff,

v.

SECURITIES AND EXCHANGE COMMISSION, *et al*.,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Report and Recommendation (the "Report") [DE 46] of the Honorable Patrick Hunt, U.S. Magistrate Judge, on Defendants' Motions to Dismiss [DE 34] and [DE 42]. In his thorough and well-reasoned Report, Judge Hunt recommends that: Defendants' Motions to Dismiss, [DE 34] and [DE 42], be **GRANTED**, and the Second Amended Complaint, [DE 25], be **DISMISSED with prejudice**. Plaintiff filed objections to the Report [DE 47], essentially repeating her initial arguments to the Magistrate Judge. Defendant filed a response to the objections [DE 48].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court, having considered Judge Hunt's Report, Plaintiff's objections thereto, and having conducted a *de novo* review of the record, agrees with Judge Hunt's well-reasoned analysis and his recommendations. Accordingly, it is

**ORDERED** that:

1) The Report and Recommendation [DE 46] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The Securities and Exchange Commission's Motion to Dismiss [DE 34] is **GRANTED**.

3) The Individual Defendants', Margaret McGuire, David Peavler, and David Woodcock, Motion to Dismiss [DE 42] is **GRANTED**.

4) Plaintiff's Second Amended Complaint, [DE 25], is **DISMISSED with prejudice**.

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 26th day of November, 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record